United States Bankruptcy Court
Eastern District of New York

In re:  
Peter R Mershon  
    Debtor

Case No. 16-41226-cec  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0207-1    User: jlecky    Page 1 of 2    Date Rcvd: Jul 11, 2016  
Form ID: 318DF7    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.

```
db              +Peter R Mershon,    313 Oldfield Street,    Staten Island, NY 10306-5009
smg              NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                   Brooklyn, NY  11201-3719
smg             +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                   Albany, NY 12240-0001
8768112         +Acb Receivab,    19 Main St,    Asbury Park, NJ 07712-7012
8768114         +Ccs/first National Ban,    500 East 60th St N,    Sioux Falls, SD 57104-0478
8768117        #+Daniels Norelli scully & Cecere,    1 Old Country Rd., Ste LL 5,    Carle Place, NY 11514-1806
8768118         +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5121
8768120          First National Credit Card,    PO Box 5097,    Sioux Falls, SD  57117-5097
8768121         +Global Client Solutions LLC,    4500 South 129th East Ave, Ste 177,    Tulsa, OK 74134-5870
8768124         +Mercantile Adjmnt Bur,    6390 Main St S-160,    Williamville, NY 14221-5857
8768126         +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
8768127         +Pars Medical PC,    5223 9th Avenue,    Brookkltyn, NY 11220-2913
8768129         +Regional Claims Recovery Service,    P O Box 417460,    Boston, MA 02241-7460
8768130         +Richmond EMA,    P O Box 417423,    Boston, MA 02241-7423
8768131         +Richmond University Med Ctr,    P O Box 786051,    Philadelphia, PA 19178-6051
8768132         +Rubin & Rothman,    1787 Veterens Highway, Suite 32,    Islandia, NY 11749-1500
8768133         +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
8768135         +Staten Island University Hospital,    P O Box 29772,    New York, NY 10087-9772
8768136          Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY  11735-9100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 11 2016 18:21:23
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                   Albany, NY 12205-0300
smg             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jul 11 2016 18:21:12
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                   U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8768113         +E-mail/Text: bankruptcy@cavps.com Jul 11 2016 18:21:14    Cavalry Portfolio Serv,
                   Po Box 27288,    Tempe, AZ 85285-7288
8768115         +EDI: CHASE.COM Jul 11 2016 18:13:00    Chase,    Po Box 15298,    Wilmington, DE 19850-5298
8768116         +EDI: RCSFNBMARIN.COM Jul 11 2016 18:13:00    Credit One Bank Na,    Po Box 98872,
                   Las Vegas, NV 89193-8872
8768119         +EDI: TSYS2.COM Jul 11 2016 18:13:00    Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
8768122         +EDI: HFC.COM Jul 11 2016 18:13:00    Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
8768123         +EDI: IIC9.COM Jul 11 2016 18:13:00    I C System Inc,    Po Box 64378,
                   Saint Paul, MN 55164-0378
8768125         +EDI: MERRICKBANK.COM Jul 11 2016 18:13:00    Merrick Bank,    Po Box 9201,
                   Old Bethpage, NY 11804-9001
8768128         +EDI: PRA.COM Jul 11 2016 18:13:00    Portfolio Recvry And Affil,    120 Corporate Blvd Ste 1,
                   Norfolk, VA 23502-4962
8768134         +EDI: SEARS.COM Jul 11 2016 18:13:00    Sears/cbsd,    701 East 60th St N,
                   Sioux Falls, SD 57104-0432
8768137         +EDI: CITICORP.COM Jul 11 2016 18:13:00    Thd/cbsd,    Po Box 6497,
                   Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 12
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                              Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:

        Alan Nisselson    anisselson@windelsmarx.com, theston@windelsmarx.com;ahollander@windelsmarx.com;n159@ecfcbis.com;jryan@windelsmarx.com

        Kevin B Zazzera    on behalf of Debtor Peter R Mershon kzazz007@yahoo.com

        Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov

        TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Peter R Mershon** | Social Security number or ITIN **xxx–xx–7928** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | |
| Case number: | **1–16–41226–cec** | Chapter: **7** |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

   Peter R Mershon

**IT IS FURTHER ORDERED**:

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: July 11, 2016

s/ Carla E. Craig
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318DF7       **Chapter 7 Order of Discharge and Final Decree**       page 2